UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OSCAR PERALTA
Petitioner, v.

Case No. 3:25cv15/LC/MAL

WARDEN SAULSBERRY
Respondent.
_____/

# ORDER

On June 2, 2025, the magistrate judge issued a Report and Recommendation recommending that the petition for writ of habeas corpus be dismissed as moot or alternatively denied. (ECF No. 17). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections (doc 18).

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 17) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF No. 2) is **DISMISSED as moot.** Were it not moot, it would be denied.

3.  The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 1st day of August, 2025.

s/*L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv15/LC/MAL